1  MCGREGOR W. SCOTT
   UNITED STATES ATTORNEY
2
3  DARRIN K. JOHNS
   SPECIAL ASSISTANT UNITED STATES ATTORNEY
4  Office of the Staff Judge Advocate
   95 AWG/JA
5  1 South Rosamond Blvd.
   Edwards AFB, California 93523
6  Phone: (661) 277-4316 / Fax: (661) 277-2887
7
8
9              IN THE UNITED STATES DISTRICT COURT FOR THE
10                    EASTERN DISTRICT OF CALIFORNIA
11

| UNITED STATES OF AMERICA, | MOTION AND ORDER FOR DISMISSAL |
|---|---|
| Plaintiff, | |
| v. | CASE NO.: 5:04-MJ-02045-TAG |
| JASON L. HENDERSON | MAGISTRATE JUDGE THERESA A. GOLDNER |
| Defendant. | |

18
19 The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal
20 Procedure, hereby moves this honorable Court to dismiss the Information against Jason L.
21 Henderson, without prejudice, in the interest of justice.
22                                          Respectfully Submitted
23
24                                          McGregor W. Scott
                                            United States Attorney
25 DATED: November 29, 2006
26                                     By  /s/ Darrin K. Johns
27                                          Darrin K. Johns
                                            Special Assistant United States Attorney
28

1

1  ORDER

2

3  IT IS HEREBY ORDERED that the case against Jason L. Henderson, Case No.: 5:04-MJ-02045-

4  TAG, be dismissed, without prejudice, in the interest of justice.

5

6  DATED this 30th day of April, 2008

7

8

9

10  THERESA A. GOLDNER

11  UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28